## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RITA M. ALLAIRE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 02-475** |
| **MARIA VAN NITFRIK BENTON** | **SECTION "C" (1)** |

## ORDER AND REASONS

Before the Court is Maria Benton's motion to dismiss for lack of jurisdiction. Rec. Doc. 261. The motion is opposed. Rec. Doc. 255. For the following reasons, the motion is **denied.**

### I.   BACKGROUND

Plaintiffs are the holders, owners and payees of a Mortgage Promissory note executed by Maria Benton and made payable to the order of plaintiffs in the principal sum of $85,000.00 with interest of 1 % above the bank loan rate. The note matured on February 15, 1999. In February 2002, Plaintiffs filed suit alleging that Benton failed to pay the note since December 20, 1999, and that they were owed the outstanding principal balance due together with accrued interest in the amount of $92, 789.15 together with attorneys fees and costs. Benton filed the instant motion to dismiss claiming the Court is without jurisdiction because the amount in controversy is lacking.

### II.   LAW AND ANALYSIS

28 USC § 1332 provides that district courts shall have original jurisdiction over all civil actions where the amount in controversy exceeds $75,000 and is between, *inter alia,* citizens of different states. The amount in controversy is determined at the time of filing. *St. Paul Reinsurance Co. Ltd. v. Greenberg*, 134 F.3d 1250, 1253 (5th Cir.1998). This burden is satisfied if the plaintiff claims a sum greater than the jurisdictional requirement." *Phillips v. Kansas City S. Ry. Co.,* 1995 WL 529862, 1995 U.S. Dist. LEXIS 12983, at *2 (1995).

Benton makes no objection to the citizenship of the parties.  Her only objection is that the requisite $75,000 is lacking because she has paid approximately $12, 155.48 of the debt. Benton's argument is rejected because at the time the Complaint was filed in this Court, plaintiffs sought $92, 789.15 from Benton.  Clearly, at the time the action was filed the requisite amount in controversy needed for jurisdiction was met and Benton's motion is denied.

Accordingly,

**IT IS ORDERED** that Maria Benton's motion to dismiss, Rec. Doc. 261, is **denied.**

New Orleans, Louisiana, this 26th day of August, 2008.

**HELEN G. BERRIGAN**
**UNITED STATES DISTRICT JUDGE**